# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ALAN ROSEN AND JUDY ROSEN,** Individually and on behalf of the Estate of **DANIEL A. ROSEN, DECEASED,** | § | |
| Plaintiff, | § | |
| vs. | § | Case No.: |
| **CVS HEALTH CORPORATION, CVS PHARMACY, INC., HIKMA PHARMACEUTICALS USA INC., HOFFMAN-LA ROCHE INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., MCKESSON CORPORATION, PFIZER, INC., TEVA PHARMACEUTICALS USA INC., WALGREEN CO.,** | § | |
| Defendants. | | |

**- EXHIBIT A -**
**INDEX OF MATTERS BEING FILED**

| **EXHIBIT** | **DOCUMENT** | **DATE FILED IN STATE COURT** |
|---|---|---|
| A. | Index of All Matters Being Filed | N/A |
| A.1 | Harris County Docket Sheet | 08/20/21 |
| A.2 | Notice of Transfer of Tag-Along Case Pursuant To Rule 13 Texas Riles of Judicial Administration Appendix A - E | 08/05/21 |
| A.3 | McKesson Corporation's Original Answer to Plaintiffs' Petition Service of Process Notice | 08/06/21 |
| A. 4 | Pfizer Inc.'s Special Appearance, Plea to the Jurisdiction and Answer and Affirmative Defenses | 08/06/21 |

| | | |
|---|---|---|
| A. 5 | Rule 11 Agreement | 08/09/21 |
| A. 6 | Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Original Answer to Plaintiff's Original Petition For Wrongful Death and Survival Damages | 08/09/21 |
| A. 7 | Original Answer of CVS Pharmacy, Inc. | 08/09/21 |
| A. 8 | Special Appearance of CVS Health Corporation and Original Answer Subject Thereto Citation | 08/09/21 |
| A. 9 | Defendant Teva Pharmaceuticals USA, Inc.'s Special Appearance | 08/16/21 |
| A. 10 | Defendant Teva Pharmaceuticals USA, Inc.'s Special Exceptions, Original Answer, Affirmative Defenses And Jury Demand | 08/18/21 |
| B. | Counsel of Record | |