# EXHIBIT A. 1

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## SERVICE
No Service found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 8/5/2021 |
| **Case (Cause) Location** | Civil Intake 1st Floor |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | MDL - Opioid Litigation |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 8/18/2021 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 152nd |
| **Address** | 201 CAROLINE (Floor: 11)<br>HOUSTON, TX 77002<br>Phone:7133686040 |
| **JudgeName** | ROBERT K. SCHAFFER |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| ROSEN, ALAN (INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DANIEL A | PLAINTIFF - CIVIL | | CHESTER, SUSANNAH BALENTINE |

| | | |
|---|---|---|
| JOHNSON & JOHNSON (SUED INDIVIDUALLY AND AS SUCCESSOR IN INTREST TO | DEFENDANT - CIVIL | ELLIS, JOHN WILLIAM |
| CVS HEALTH CORPORATION | DEFENDANT - CIVIL | SCULLY, JOHN A. |
| CVS PHARMACY INC (FKA CVS INC FKA CVS DISTRIBUTION INC) | DEFENDANT - CIVIL | SCULLY, JOHN A. |
| HIKMA PHARMACEUTICALS USA INC (FKA WEST WARD PHARMACEUTICALS | DEFENDANT - CIVIL | EASH, KATRINA G. |
| HOFFMANN-LA ROCHE INC (AKA ROCHE) | DEFENDANT - CIVIL | |
| JOHNSON & JOHNSON CONSUMER INC | DEFENDANT - CIVIL | ELLIS, JOHN WILLIAM |
| MCKESSON CORPORATION | DEFENDANT - CIVIL | SMYSER, CRAIG |
| PFIZER INC | DEFENDANT - CIVIL | BURBACH, EDWARD D. |
| TEVA PHARMACEUTICALS USA INC | DEFENDANT - CIVIL | SCOTT, ROBERT PHILIP |
| WALGREEN CO (FKA C R WALGREEN AND COMPANY) | DEFENDANT - CIVIL | GRIFFIS, JOHN PHILIP |
| ROSEN, JUDY(INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DANIEL A | PLAINTIFF - CIVIL | CHESTER, SUSANNAH BALENTINE |
| CVS INC | DEFENDANT - CIVIL | |
| CVS DISTRIBUTION INC | DEFENDANT - CIVIL | |
| WEST WARD PHARMACEUTICALS CORPORATION | DEFENDANT - CIVIL | |
| ROCHE | DEFENDANT - CIVIL | |
| C R WALGREEN AND COMPANY | DEFENDANT - CIVIL | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 8/18/2021 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 8/18/2021 | ANSWER ORIGINAL PETITION | | | 0 | | SCOTT, ROBERT PHILIP | TEVA PHARMACEUTICALS USA INC |
| 8/18/2021 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 8/9/2021 | ANSWER ORIGINAL PETITION | | | 0 | | ELLIS, JOHN WILLIAM | JOHNSON & JOHNSON (SUED INDIVIDUALLY AND AS SUCCESSOR IN INTREST TO |
| 8/9/2021 | ANSWER ORIGINAL PETITION | | | 0 | | ELLIS, JOHN WILLIAM | JOHNSON & JOHNSON CONSUMER INC |
| 8/9/2021 | ANSWER ORIGINAL PETITION | | | 0 | | SCULLY, JOHN A. | CVS PHARMACY INC (FKA CVS INC FKA CVS DISTRIBUTION INC) |

| | | | | |
|---|---|---|---|---|
| 8/9/2021 | ANSWER ORIGINAL PETITION | 0 | SCULLY, JOHN A. | CVS HEALTH CORPORATION |
| 8/6/2021 | ANSWER ORIGINAL PETITION | 0 | BURBACH, EDWARD D. | PFIZER INC |
| 8/6/2021 | ANSWER ORIGINAL PETITION | 0 | SMYSER, CRAIG | MCKESSON CORPORATION |
| 8/5/2021 | ORIGINAL PETITION | 0 | ELLIS, JOHN WILLIAM | ROSEN, ALAN (INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DANIEL A |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 97426699 | Teva Pharmaceuticals USA Inc.'s Special Exceptions | | 08/18/2021 | 11 |
| 97426700 | Proposed Order to Teva's Special Exceptions | | 08/18/2021 | 2 |
| 97375931 | Defendant Teva Pharmaceuticals USA, Inc.'s Special Appearance | | 08/16/2021 | 7 |
| ·> 97423516 | Affidavit in Support of Teva Pharmaceuticals USA, Inc,'s Special Appearance to Challenge Jurisdiction | | 08/18/2021 | 2 |
| ·> 97375938 | Proposed Order | | 08/16/2021 | 1 |
| 97251359 | Special Appearance of CVS Health Corporation and Original Answer Subject Thereto | | 08/09/2021 | 17 |
| 97251779 | Original Answer of CVS Pharmacy, Inc. | | 08/09/2021 | 5 |
| 97254204 | Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Original Answer to Plaintiff's Original Petition For Wrongful Death and Survival Damages | | 08/09/2021 | 10 |
| | Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Original Answer to Plaintiff's Original Petition For Wrongful Death and Survival Damages | | 08/09/2021 | |
| 97276134 | Notice of Appearance | | 08/09/2021 | 2 |
| 97276190 | Rule 11 Agreement | | 08/09/2021 | 1 |
| 97250301 | Pfizer Inc.'s Special Appearance, Plea to the Jurisdiction and Answer and Affirmative Defenses | | 08/06/2021 | 10 |
| ·> 97250302 | Exhibit A | | 08/06/2021 | 25 |
| 97251044 | McKesson Corporation's Original Answer to Plaintiffs' Petition | | 08/06/2021 | 10 |
| 97225613 | NOTICE OF TRANSFER OF TAG-ALONG CASE PURSUANT TO RULE 13 TEXAS RILES OF JUDICIAL ADMINISTRATION | | 08/05/2021 | 4 |
| ·> 97225614 | APPENDIX A | | 08/05/2021 | 2 |
| ·> 97225615 | APPENDIX B | | 08/05/2021 | 2 |
| ·> 97225616 | APPENDIX C | | 08/05/2021 | 2 |
| ·> 97225617 | APPENDIX D | | 08/05/2021 | 2 |
| ·> 97225618 | APPENDIX E | | 08/05/2021 | 17 |